**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Keith E. Anderson,** | ) | **CASE NO. 4:07 CV 1566** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Commissioner of Social Security,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge William H. Baughman, Jr., recommending that the case be dismissed for failure to prosecute. No objections have been filed. Upon review, the Court finds no clear error in the R&R, which the Court accepts. This matter is hereby DISMISSED for failure to prosecute.

IT IS SO ORDERED.

                                                                       /s/ Patricia A. Gaughan
                                                                       PATRICIA A. GAUGHAN
                                                                       United States District Judge

Dated: 2/15/08